UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DARLENE HENCHEN,
Individually and as Administratrix of the Estate of
ROBERT HENCHEN, Deceased,

                Plaintiff,

vs.

COUNTY OF ERIE,
SHERIFF TIMOTHY HOWARD,
DONALD LIVINGSTON,
BRIAN JOSEPH, M.D. and
NIKKI FERA, R.N.

                Defendants.

**STIPULATION DISCONTINUING ACTION**

Civil Docket No. 08-CV-0529(S)

---

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs to any party, and on the merits, as against BRIAN JOSEPH, M.D. ONLY, including any and all cross-claims of the defendants, COUNTY OF ERIE, SHERIFF TIMOTHY HOWARD, DONALD LIVINGSTON, and NIKKI FERA, R.N. This stipulation does not discontinue the plaintiff's claims as against the defendants, COUNTY OF ERIE, SHERIFF TIMOTHY HOWARD, DONALD LIVINGSTON, and NIKKI FERA, R.N. This Stipulation also amends the caption as follows:

DARLENE HENCHEN, Individually and as Administratrix of the Estate of ROBERT HENCHEN, Deceased, Plaintiff, vs. COUNTY OF ERIE, SHERIFF TIMOTHY HOWARD, DONALD LIVINGSTON, and NIKKI FERA, R.N., Defendants.

The Stipulation may be filed without further notice with the Clerk of the Court.

DATED:    Buffalo, New York
          July 14, 2009

By: _____          By: _____
    Thomas F. Kirkpatrick, Jr., Esq.            John J. Molloy, Esq.
    Attorneys for Defendants,                   Attorney for Plaintiff
    County of Erie, Sheriff Timothy Howard,     Darlene Henchen, Individually and as
    Donald Livingston, Brian Joseph, M.D.       Administrator of the Estate of Robert Henchen
    and Nikka Fera, R.N.                        4268 Seneca Street
    69 Delaware Avenue, Suite 300               West Seneca, New York 14224
    Buffalo, New York 14202                     Telephone: (716) 675-5050
    Telephone: (716) 858-2203